AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Blocker Farms of Florida, Inc.

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV613-67

Ken O. Bell and Robin R. Bell

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 15, 2014 granting the defendants' motion for summary judgment, judgment is entered in favor of the defendants and against the plaintiff.

| September 15, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03