**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| BLOCKER FARMS OF FLORIDA, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 613-067 |
| | * | |
| KEN O. BELL and ROBIN R. BELL, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

In accord with the Eleventh Circuit's mandate recognizing this Court's factual determination that it lacks subject matter jurisdiction (docs. 53 & 55), the judgment entered on September 15, 2014 (doc. 48) is **VACATED** and this case is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

**ORDER ENTERED** at Augusta, Georgia, this *12th* day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA