# United States District Court
## Southern District of Georgia

BLOCKER FARMS OF FLORIDA, INC.

    Plaintiff,

                        JUDGMENT IN A CIVIL CASE

       V.                      CASE NUMBER: CV613-067

KEN O. BELL and ROBIN R. BELL,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 12, 2015, this civil action is

DISMISSED without prejudice for want of jurisdiction and this case stands CLOSED.

August 12, 2015  Scott L. Poff
Date                                                 Clerk

                                                                                        *(By) Deputy Clerk*